Lance N. Olitt, Esq. (LO 6193)
Mandelbaum, Salsburg,
Gold, Lazris & Discenza, P.C.
155 Prospect Avenue
West Orange, New Jersey 07052
(973) 736-4600
(973) 736-4670 – Facsimile
Attorneys for Plaintiff
MARTINES FRUITS & VEGETABLES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINES FRUITS & VEGETABLES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN PRESIDENT LINES, LTD., a Delaware Corporation, ROBERT NAKO ENTERPRISES, INC, a California Corporation, dba YAMKO TRUCK LINES, and DOES 1 through DOES 25, inclusive,<br><br>Defendants. | Case No. 07cv 7082<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Martines Fruits & Vegetables, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

None.

Dated: August 8, 2007

                MANDELBAUM, SALSBURG,
                GOLD, LAZRIS & DISCENZA, P.C.

                By: _/s/ Lance N. Olitt_____
                   Lance N. Olitt
                   Attorney Bar Code: (LO 6193)
                   Mandelbaum, Salsburg,
                   Gold, Lazris & Discenza, P.C.
                   Attorneys for Plaintiff