From: SACRAMENTO ATTORNEY SERVICE    18004997599    09/04/2007 14:05 #394 P.002/003
Case 1:07-cv-07082-SAS    Document 4    Filed 09/06/2007    Page 1 of 2

08/29/2007 13:36 FAX  212 964 2805    UNITED LAWYERS SERVICE    ☒004/009
08/28/2007 12:44 FAX                                          ☒008/011

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

MARTINES FRUITS & VEGETABLES, INC.,
a California Corporation,

    Plaintiff,

v.

AMERICAN PRESIDENT LINES, LTD., a Delaware
Corporation, ROBERT NAKO ENTERPRISES,
INC., a California Corporation, d/b/a
YAMKO TRUCK LINES AND DOES 1 through
DOES 25, inclusive,

    Defendants.

SUMMONS IN A CIVIL ACTION

CASE NUMBER: **07 CIV 7082**

**JUDGE SCHEINDLIN**

TO: (Name and address of Defendant)

    AMERICAN PRESIDENT LINES, LTD.
    1111 Broadway
    Oakland, CA 94607

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    MANDELBAUM, SALSBURG,
    GOLD, LAZRIS & DISCENZA, P.C.
    155 Prospect Avenue
    West Orange, NJ 07052
    (973) 736-4600

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                             AUG 0 9 2007
CLERK                                           DATE
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/4/2007 |
| NAME OF SERVER (PRINT) Debbie Christie | TITLE Employee of Sacramento Attorneys' Service Inc. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Served Prentice-Hall Corporation, registered agent for the defendant, received by Becky DeGeorge
2730 Gateway Oaks Drive., Suite 100, Sacramento, CA 95833

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $45.00 | TOTAL $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/4/2007
              Date

Signature of Server: *Debbie Christie*

Address of Server: 1005 12th Street, Suite F, Sacramento, CA 95814

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.