```
JOHNSON & MONCRIEF, A Professional Law Corporation
Mr. Paul Hart, Esq.
295 S. Main Street
Salinas, CA 93901
(831) 759.0900
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINES FRUIT & VEGETABLES, INC, A California Corporation<br><br>**Plaintiff,**<br><br>vs.<br><br>AMERICAN PRESIDENTS LINES, LTD, A Delaware Corporation, Robert Nako Enterprises, Inc a California Corporation, dba YAMKO TRUCK LINES, and DOES 1-25 inclusive,<br><br>**Defendant** | Case No.: **07-CIV-7082**<br><br>AFFIDAVIT of T&J SERVE<br>RE: PROOF OF SERVICE |

I, Gene J. Fay, do hereby declare:

1. I am an adult and an employee of T&J SERVE a registered process Server in Los Angeles County California. Registration Number 5316.

2. I am not a party to this action.

3. As such the following statements are made from my personal knowledge and if called as a witness I would and could testify accordingly.

- 1

4. T & J SERVE is my employer and mailing address is: P.O. Box 13094 Long Beach, CA 90803.

5. I personally served the documents listed in paragraph 6 upon SARAH NAKO registered agent for service of process for ROBERT NAKO ENTERPRISES Inc., dba YAMAKO TRUCK LINES at 6925 Cherry Avenue, Long Beach, CA 90805 on September 6, 2007 at approximately 2:15 P.M.

5. The following documents were effectuated: SUMMONS; COMPLAINT; ORDER FOR INITIAL PRE TRIAL CONFERENCE; CIVIL COVER SHEET; RULE 7.1 STATEMENT.

The foregoing is true and correct under penalty of perjury under the laws of the Great State of California.

DATED this 6th Day of September 2007



Gene J. Fay

Los Angeles County Registration # 5316

**PAGE 02 of 02**