James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
AMERICAN PRESIDENT LINES, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTINES FRUITS & VEGETABLES, INC., a California Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>AMERICAN PRESIDENT LINES, LTD., a Delaware Corporation, ROBERT NAKO ENTERPRISES, INC., a California Corporation, dba YAMKO TRUCK LINES, and DOES 1 through 25, inclusive,<br><br>Defendants. | 07 Civ. 7082 (SAS)<br><br>**RULE 7.1 STATEMENT** |

I, Lissa D. Schaupp, attorney of record for Defendant American President Lines, Ltd. having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

American President Lines, Ltd. is a wholly-owned subsidiary of APL Limited, which is a wholly-owned subsidiary of APL (Bermuda) Ltd. which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

2

Dated:      New York, New York
            September 24, 2007

                                        HOLLAND & KNIGHT LLP

                                        By: _____
                                        James H. Hohenstein
                                        Lissa D. Schaupp
                                        HOLLAND & KNIGHT LLP
                                        195 Broadway
                                        New York, New York 10007
                                        Telephone: 212-513-3200
                                        Telefax: 212-385-9010
                                        E-mail: jim.hohenstein@hklaw.com
                                                lissa.schaupp@hklaw.com


                                        Attorneys for Defendant,
                                        American President Lines, Ltd.

TO:
Lance N. Olitt, Esq.
Mandelbaum, Slasburg, Gold, Lazris, & Discenza, P.C.
155 Prospect Avenue
West Orange, New Jersey 07052

# 4811338_v1