| Thomas E. Willoughby | James H. Hohenstein | Andrew Karonis |
| --- | --- | --- |
| HILL RIVKINS & HAYDEN LLP | Lissa D. Schaupp | SCHINDEL FARMAN |
| 45 Broadway, Suite 1500 | HOLLAND & KNIGHT LLP | LIPSIUS GARDNER & |
| New York, New York 10006-3739 | 195 Broadway | RABINOVICH LLP |
| Tel. (212) 669-0600 | New York, New York 10007 | 14 Penn Plaza |
| Fax: (212) 669-0698/0699 | Tel (212) 513-3200 | New York, NY 10122 |
| TWilloughby@hillrivkins.com | Fax (212) 385-9010 | Tel: (212) 563-1710 ext.235 |
| Attorneys for Plaintiff | jim.hohenstein@hklaw.com | Fax (212) 695-6602 |
| MARTINES FRUITS & | lissa.schaupp@hklaw.com | akaronis@sfl-legal.com |
| VEGETABLES, INC. | Attorneys for Defendant | Attorneys in Limited |
|  | AMERICAN PRESIDENT | Appearance for Defendant |
|  | LINES, LTD. | ROBERT NAKO |
|  |  | ENTERPRISES, INC. a/k/a |
|  |  | YAMKO TRUCK LINES |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARTINES FRUITS & VEGETABLES,
INC., a California Corporation,

                    Plaintiff,           Case No.
- Against -                        07 CV 7082 (SAS)

AMERICAN PRESIDENT LINES, LTD.,
a Delaware Corporation, ROBERT
NAKO ENTERPRISES, INC., a California        **PROPOSED SCHEDULING ORDER**
Corporation, dba YAMKO TRUCK
LINES, and DOES 1 through DOES 25,
inclusive,

                    Defendants.
-----------------------------------------------------------X

       **WHEREAS,** the Court issued an Order for a Conference in accordance with Fed. R. Civ.

P. 16(b) and said Conference is to be held on October 3, 2007 at 4:00 P.M.; and

       **WHEREAS,** the parties are required to jointly prepare and sign a proposed scheduling

order containing certain information; and

       **NOW, THEREFORE,** the parties hereby respectfully submit the following information:

(1)    The appearances for the parties:

                    HILL RIVKINS & HAYDEN LLP
                    Attorneys for Plaintiff
                    By: Thomas E. Willoughby
                    45 Broadway, Suite 1500

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07
```

1

New York, New York 10006-3739
Tel: (212) 669-0600
Fax: (212) 669-0698/0699
TWilloughby@hillrivkins.com


HOLLAND & KNIGHT LLP
Attorneys for Defendant
American President Lines, Ltd.
By: James H. Hohenstein and
    Lissa D. Schaupp
195 Broadway
New York, New York 10007-3189
Tel: (212) 513-3200
Fax: (212) 385-9010
jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com

SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
Attorneys in Limited Appearance for Defendant
Robert Nako Enterprises, Inc. a/k/a Yamko Truck Lines
By: Andrew Karonis
14 Penn Plaza, Suite 500
New York, New York 10122
Tel: (212) 563-1710 ext. 235
Fax: (212) 695-6602
akaronis@sfl-legal.com

(2)   A concise statement of the issues as they now appear:

    (i)   Extent and cause of the claimed cargo damage;

    (ii)  Are defendants liable for the claimed cargo damage?

    (iii) The amount, if any, of prejudgment interest to be awarded;

    (iv)  Is defendant Yamko subject to personal jurisdiction in the Southern District of New York?

    (v)   Whether venue should be transferred to the United States District Court of the Central District of California pursuant to 28 U.S.C. § 1404?

(3)   A schedule including:

    (a)   the names of persons to be deposed and a schedule of planned depositions:

2

Representative of plaintiff; representative of defendants; surveyors for each party; eyewitnesses to the cargo damage; respective experts.

(b)  a schedule for the production of documents: November 16, 2007

(c)  dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed:

Experts' reports to be exchanged by February 29, 2008

Experts to be deposed by March 28, 2008

(d)  time when discovery is to be completed: April 18, 2008

(e)  the date by which plaintiff will supply its pre-trial order matters to defendants: May 2, 2008

(f)  the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either proposed findings of fact and conclusions of law for a non-jury trial: May 16, 2008

(g)  Final pre-trial conference pursuant to Fed. R. Civ. P. 16(d)

*Feb 21 at 4:30* [handwritten]

(4)  A statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

None known at this time.

(5)  A statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

None known at this time.

(6)  Anticipated fields of expert testimony, if any;
Extent and cause of the damage to the cargo.

(7)  Anticipated length of trial and whether to court or jury:
Bench trial; 3 days

(8)  This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires.

Dated: New York, New York

3

October 3, 2007

SO ORDERED:

_____
Hon. Shira A. Sheindlin, U.S.D.J.

HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
Martines Fruits & Vegetables, Inc.

By: _____
Thomas E. Willoughby
45 Broadway, Suite 1500
New York, New York 10006-3739
Tel: (212) 669-0600
Fax: (212) 669-0698/0699
TWilloughby@hillrivkins.com


HOLLAND & KNIGHT LLP
Attorneys for Defendant
American President Lines, Ltd.

By: _____
James H. Hohenstein
Lissa D. Schaupp
195 Broadway, 24th Floor
New York, New York 10007-3189
Tel: (212) 513-3200
Fax (212) 385-9010
jim.hohenstein@hklaw.com
lissa.schaupp@hklaw.com


SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
Attorneys in Limited Appearance for Defendant
Robert Nako Enterprises, Inc. a/k/a Yamo Truck Lines

By: _____
Andrew Karonis
14 Penn Plaza, Suite 500
New York, New York 10122
Tel: (212) 563-1710 ext. 235
Fax (212) 695-6602
akaronis@sfl-legal.com

4