Oct 02 2007 10:22AM   HP LASERJET FAX
OCT-02-2007 TUE 10:17 AM MARTINES FRUIT       FAX NO. 8055490467        P. 02
Oct 01 2007 1:40PM   HP LASERJET FAX                                    p.2

Scheindlin /S p.2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07
```

Thomas E. Willoughby (TW 4452)
HILL RIVKINS & HAYDEN LLP
45 Broadway, Suite 1500
New York, New York 10006-3739
(212) 669-0600
Attorneys for Plaintiff
MARTINES FRUITS & VEGETABLES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
MARTINES FRUITS & VEGETABLES,
INC., a California Corporation,

      Plaintiff,    Case No.
- Against -        07 CV 7082 (SAS)

AMERICAN PRESIDENT LINES, LTD.,
a Delaware Corporation, ROBERT
NAKO ENTERPRISES, INC., a California
Corporation, dba YAMKO TRUCK
LINES, and DOES 1 through DOES 25,
Inclusive,

      Defendants.
--------------------------------------------------X

### NOTICE OF SUBSTITUTION OF ATTORNEYS

PLEASE TAKE NOTICE that

  HILL RIVKINS & HAYDEN LLP
  45 Broadway, Suite 1500
  New York, New York 10006-3739
  Tel: (212) 669-0600
  Fax: (212) 669-0698/0699
    Thomas E. Willoughby, Esq. (TW4452) Of Counsel

is hereby substituted in place and stead of

  Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C.
  155 Prospect Avenue
  West Orange, New Jersey 07052
  Tel: (973) 736-4600

1

```
Oct 02 2007 10:22AM    HP LASERJET FAX                                    p.3
  OCT-02-2007 TUE 10:17 AM MARTINES FRUIT        FAX NO. 8055490467      P. 03
Oct 01 2007 1:40PM    HP LASERJET FAX                                     p.3
```

       Fax: (973) 736-4670
       Lance N. Olitt, Esq. (LO6193) Of Counsel

as attorneys for Martines Fruits & Vegetables, Inc.

Dated: New York, New York
   October 1, 2007

MANDELBAUM, SALSBURG,    HILL RIVKINS & HAYDEN, LLP
GOLD, LAZRIS & DISCENZA, P.C.

By: _____   By: _____
  Lance N. Olitt (LO6193)      Thomas E. Willoughby (TW-)

**CONSENT**

We consent to the foregoing change of attorneys:

MARTINES FRUITS & VEGETABLES, INC.

By: _____

Date: Oct 10, 2007.    _____
           Shira A. Scheindlin, U.S.D.J.

2