So/Henolin, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
MARTINES FRUITS & VEGETABLES,      :
INC., a California Corporation,           :
                                                      :
                    Plaintiff,          :          Index No.: 07 CV 7082 (SAS)
                                                      :
        -against-                                 :
                                                      :
AMERICAN PRESIDENT LINES, LTD.,   :      **STIPULATION OF PARTIAL**
a Delaware Corporation, ROBERT NAKO  :      **DISMISSAL**
ENTERPRISES, INC., a California           :
Corporation, dba YAMKO TRUCK LINES, :
and DOES 1 through DOES 25, inclusive,  .
                                                      :
                    Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE FILED 10/23/07

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys that the

above captioned lawsuit be and is hereby dismissed without prejudice and without costs to

either party pursuant to Fed.R.Civ.P. 41(a) as against Robert Nako Enterprises, Inc. d/b/a

Yamko Truck Lines ("Yamko") only.


Dated: October 19 , 2007
        New York, New York

HILL RIVKINS & HAYDEN LLP            SCHINDEL, FARMAN, LIPSIUS,
Attorneys for Plaintiff Martines        GARDNER & RABINOVICH LLP
Fruits& Vegetables, Inc.                 Attorneys for Defendant Robert Nako
                                                   Enterprises d/b/a Yamko Truck Lines


By: _____        By: _____
        Thomas E. Willoughby, Jr., Esq.           Andrew Karonis, Esq.

SO ORDERED:

_____
SHIRA SCHEINDLIN, U.S.D.J.

Date: Oct. 22, 2007