UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
 :
MARTINES FRUITS & VEGETABLES,
 :
                Plaintiff,
 :
-against-
 :
AMERICAN PRESIDENTS LINE, LTD.,
et al.,  :
                Defendants.
------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

07 Civ. 7082 (SAS)

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            February 20, 2008

**- Appearances -**

**For Plaintiff:**

Thomas E. Willoughby, Esq.
Hill, Rivkins & Hayden
45 Broadway
New York, NY 10006
(212) 669-0600

**For Defendants:**

James H. Hohenstein, Esq.
Holland & Knight LLP
195 Broadway
New York, NY 10007
(212) 513-3213